*Joseph Corbo,* appellant in person, for motion.

*George B. De Luca, District Attorney (Walter E. Dillon* of counsel), for People of the State of New York, respondent.

Motion granted and Whitman Knapp, Esq., of New York City assigned as counsel to defendant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BARRY JACOBS and JOHN DALE GREEN, Appellants.

Submitted July 14, 1954; decided July 14, 1954.

Motion for an order pursuant to section 503 of the Code of Criminal Procedure granted. [See 306 N. Y. 717, 758.]

In the Matter of HORACE M. BYRNES et al., Appellants and Respondents, against BOARD OF ELECTIONS OF THE COUNTY OF NASSAU, Respondent, and LILLIAN HOVELL, Respondent and Appellant.

Argued September 10, 1954; decided September 10, 1954.

*Jacob N. Kliegman* for appellants-respondents.

*G. Burchard Smith, County Attorney* (*Francis J. Donovan* of counsel), for respondent.

*George R. Brennan* for respondent-appellant.

Order affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

In the Matter of WILLIAM BRENNAN, Appellant, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Argued September 10, 1954; decided September 10, 1954.